IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHELLE RENEE LAMB,

    **Plaintiff,**

    v.                                     CASE NO. 23-3239-JWL

LAURA KELLY, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the Topeka Correctional Facility in Topeka, Kansas. On November 1, 2023, the Court entered a Notice of Deficiency (Doc. 2) ("NOD") because Plaintiff's Complaint was not on a Court-approved form and she failed to either pay the civil action filing fee or to file a motion for leave to proceed in forma pauperis. The Court granted Plaintiff until December 1, 2023, to cure the deficiencies and the Clerk provided Plaintiff with the correct forms. On November 9, 2023, Plaintiff filed a Motion for Leave to File an Amended Complaint (Doc. 3). The Court entered an Order (Doc. 5) denying the motion because it did not include a proposed amended complaint as required by D. Kan. Rule 15.1(a)(2), and because the Court had already instructed Plaintiff in the NOD that she must submit her complaint on the Court-approved form that was provided to her.

Plaintiff submitted her Complaint (Doc. 6) on the Court-approved form, but then filed her Second Motion for Leave to File an Amended Complaint (Doc. 7). In the motion, Plaintiff indicated that she would like to add another plaintiff to her Complaint. Plaintiff again failed to include a proposed amended complaint as required by D. Kan. Rule 15.1(a)(2). Therefore, the

Court entered a Memorandum and Order (Doc. 8) denying the motion and granting Plaintiff until December 18, 2023, to submit a complete amended complaint on the Court-approved form.

This matter is before the Court on Plaintiff's motion for "Rehearing on Motion for Leave to File an Amended Complaint" (Doc. 9). In the motion, Plaintiff takes issue with the Court directing her to submit the filing fee or a motion for leave to proceed in forma pauperis. Plaintiff notes that she made a withdrawal request to the KDOC for the payment of the filing fee on October 12, 2023. (Doc. 9–1.) The Court has now received Plaintiff's filing fee. Therefore, any request for the Court to reconsider its order regarding the filing fee is moot. The motion is denied.

Plaintiff has until December 18, 2023, in which to submit a complete amended complaint on the Court-approved form as set forth in the Court's Memorandum and Order at Doc. 8.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion for "Rehearing on Motion for Leave to File an Amended Complaint" (Doc. 9) is **denied.**

**IT IS SO ORDERED**.

**Dated December 7, 2023, in Kansas City, Kansas.**

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE