23-3239-JWL

Michelle Renee Lamb 128322 Pod 4 -106
Name Topeka Corr, Facility

815 SE Rice Rd

Topeka, KS 66607
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Michelle Renee Lamb , Plaintiff<br>*(Full Name)*<br><br>V.<br><br>Laura Kelly et al , Defendant (s) | CASE NO. 23-3239-JWL<br>*(To be supplied by the Clerk)*<br><br>AMENDED<br>CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 42 U.S.C.<br>§1983 |

### A. JURISDICTION

1) __Laura Kelly__, is a citizen of __Kansas__
   *(Plaintiff)*                                    *(State)*

   who presently resides at _____
   
   *(Mailing address or place*
   
   _____.
   
   *of confinement.)*

2) Defendant __David McCabe__ is a citizen of

   __Topeka, Kansas__, and is employed as
   *(City, State)*

   __Acting warden, Topeka Corr, Facility__ (TCF). At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law?  Yes ☒  No ☐.  If your answer is "Yes", briefly explain:

   _____

   _____

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

1

23- 3239~ Jah

3) Defendant _Morgan Davis_____ is a citizen of
   _(Name of second defendant)_

_Topeka, Kansas_____, and is employed as
   _(City, state)_

_Retired Classification Adm., TCF_. At the time the
   _(Position and title, if any)_

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

*See Back*

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_Injunctive relief by 28 U.S.C. Section 2283-84 and_
_Rules @ 65 Federal Rules of Civil Procedure_

## B. NATURE OF THE CASE

1) Briefly state the background of your case: is predicated on the unfounded
   and Groundless allegations by the Defendants made in a
   letter (petitioners exhibit #2) and still used as the basis by
   the Defendants in placing me in, and keeping me in, OSR
   2 RH Status. This status is both Discriminatory and
   Hateful against me as a Female Transgender, and is
   Causing me enormously painful Stress, Anxiety
   and depression that in totality are adversely
   affecting my physical and mental well-being.
   See! original Brief, Exhibit 2, and pages 7-9.

#4. Dalton Hartpence
    Classification Administrator
    Topeka, Kansas

        Acting under color of state law, Yes


#5  John and/or Jane Does 1-10
    Agents or Employees of Kansas
    Department of Corrections, in
    their individual and official Capacity
    and, Acting under color of state Law, Yes

Case # 23-3239- JWL

## B. Nature of The Case

i) page 2 Continued:

    This suit also addresses the loss of privileges and incentive afforded to Level 3/low-medium Custody here at Topeka Correctional Facility (TCF), but either completely denied to me, or highly Restricted by my "other Security Risk" (OSR) and "Restricted Housing" (HR) status, without due Cause, or Justification. All Based on Original Trial, Exhibit #2

Michelle Renee Lamb

Case # 23-3239-JWL

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: My Due Process Rights were violated under Sandin v. Conner, 515 U.S. 472 (1995) stating that "Treatment That leads to an Atypical' and Significant hardship

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

that the Megan Davis, then Classification Administrator wrote a letter based on false information placing me on OSR & RH status, and was approved by Acting warden David McCabe without any due process or Justification

B) (1) Count II: Is the illegal Ex post facto application of plaintiff Sex offender Registration Act.

(2) Supporting Facts: I have no Sex offense, yet in violation of Kansas Law The KDOC & TCF are treating me as a sex offender. See, Pages 1 & 2, Continued from this page!

3

ISSUE Part II

Issue IA.
Page 3, continued:

K.S.A. Section 22-4902-4913
CASE # 23-3239-JWL

Kansas offender Registration Act: Sex offender on or after April 14, 1994, and Capital murder/violent offender on or after July 1, 1997.

"Kansas offender Act is punitive and therefore cannot be applied retroactive without violating ex post facto principles." Doe v Thompson Kan 296, 373 P3d 750, 2016 Kansas, LEXIS 246 (Kan 2016).

#1 applying the sex offender Act to me is an ex post facto violation of the law. I was convicted in 1970.

#2 The TCF "Reception Diagnostic unit orientation manual" on Page 10-11, "Sex offender management policy" States, "If you are convicted of a Sex offense you will be managed according to IMPP 11-115." NOTE! IMPP 11-115 has been Revoked.

Your policy requires that I be convicted of a sex offense to be managed as a sex offender; I have no sex offense conviction. Applying that policy is a violation of the law, and, ex post facto.

#3 The DR states the violation was a "Hug" and/or a "double Hug". A "44-12-315a Lewd Act (Class I)." to violate this rule the "Hug" must be a "Lewd Act." While "Lewd" is not defined in 44-12-315a The Term is widely established as meaning "Sexual in an offensive or nude way." See, our Tablet Dictionary. That same Dictionary defines a "Hug" as "To put your arms around Someone, especially as a way of Showing love or friendship". No where in the definition of "Hug" does it suggest a Lewd Act.

Yes, ms Adams and I hugged. Just as hundreds of women hers do every day, and never got a DR, and there has never been anything Lewd about it. From a mental Health standpoint our relationship has been good for us by lowering our stress, and depression. You should encourage this instead of writing DR's.

That 'Hug' violated no legal Rule. The Tape showed we did nothing Lewd. Why are you trying to make a loving Act as a "Hug" into Something ugly?

1 of 2

23 -3239- JWL

If you are managing me as a sex offender it is a ex post facto violation of established Kansas Law. It would require me to be convicted of a sex crime as states in your reception Diagnostic manual. I have no convictions for a sex offense crime. FMPP 11-115 was revoked because it violated Kansas law ( Doe v Thompson) and violated my Constitutional Rights, and has caused me serious harm. You need to stop it now, and remove "Sex offender" from my file, and move me to General Population.

Michelle Tener Paul
128322

Page 2 of 2

Case # 23-3239- JWL

C) (1) Count III: _The illegal Interpretation of K.A.R._
_44-12-315(a) resulting in a illegal Disciplinary_
_Report, Pain and Suffering. See, Attached, Issue 2A_

(2) Supporting Facts: _At should read: No inmate shall take part_
_in (engage) in a sexually unchasted (lewd) or lewd,_
_lustful (lascivious) manner in any act of Kissing, Fondling,_
_Touching, or embracing, whether with a person of Same or opposite_
_sex._

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

   involved in this action or otherwise relating to the conditions of your imprisonment?

   Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than

   one lawsuit, describe the additional lawsuits on another piece of paper, using the same

   outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____N/A_____

      Defendants: _____

   b) Name of court and docket number _____

      _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

      pending?) _____N/A_____

      _____

   d) Issues raised _____

      _____

CASE # 23-3239 - JWL

ISSUE 2A

Page 4, Count III Continued

44-12-315 lewd Act as "no inmate shall engage in a lewd or lascivious manner in any act of Kissing, foudling, Touching, or embracing, whether with a person of the same or opposite Sex."

Hull-Viera, UTM, interpreted it to mean any physical contact between two women (Touching, etc) constitutes "lewd" behavior, and wrote myself and Ms Adams a DR for a "Double-Hug".

If this interpretation of "lewd" is allowed to stand the mental and physical long-term harm it would inflict on the women here would be incomprehensible. But this rule is almost never enforced. Women "hug" everyday without getting a DR. For Ms Adams and myself it was targeted discrimination that has been going on for over a month.

This interpretation of 44-12-315 is wrong, and a violation of the law. The Courts have ruled that every word in a law, Rule, Regulation has meaning. The rule has to be interpreted on the basis of all the words in totality: you can not cherry pick one word like (lewd) and claim thats the laws meaning.

when you look at the Sentence in its totality the meaning is clean, "no inmate shall take part in (engage) in a Sexually unchaste (lewd) or lewd, lustful (lascivious) manner in any act of Kissing, foudling, Touching, or embracing, whether with a person of the same or opposite Sex."

In plain English, if the "Hug" is not Sexual it does not violate rule 44-12-315(a). A notice should be put out clarifying the language in this rule, and all DR's written under the old version should be expunged. A review of Ms Adams and my DR on video clearly shows no Sexual component to our "Hug". We did nothing wrong.

Michelle Renee Lamb

128322

Page 1 of 1

Case. # 23-3239-JWL

e) Approximate date of filing lawsuit _____N/A_____

f) Approximate date of disposition _____N/A_____

1) I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes ☒ No ☐ . If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

Request to unit team, Acting warden,
Major, Classification Administrator,
mrs Golightly, Administrator, form 9's, Emails,
letters, and Grievances.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Issue t. m) Order the plaintiff be transferred to
General population, as my custody level indicates,
and as every other woman is placed in
population after getting off orientation.

_____Pro se_____
Signature of Attorney (if any)

_____

_____

(Attorney's full address and telephone number)

_____Michelle Rouse Lamb_____
Signature of Plaintiff

128322

12-4-23

CIVIL RIGHTS COMPLAINT §1983

Case # 23-3239 - JWL

Request for Relief: Continued:

F) Find that the treatment of Transgender women must be the Same as the treatment of all women at TCF, and

   appoint a "master" to review the treatment of Transgender women and, make recommendations for change to this Court, and complete this task in 6 months.

H) Find that the "long term Restrictive House" (LTRH) violates the Eighth Amendment Prohition of cruel & unusual punishment, and order TCF to abolish LTRH restriction immediately, and find less Restrictive housing for anyone now on that status.

J) Find that "other Security status (OSS)" violates the Eighth amendment prohition of cruel & unusual punishment, and, order TCF to abolish the OSS Restrictions immediately, and find less restrictive housing for anyone now on that status.

L) A declaration that the acts and omissions described herein, and in original brief, Violated Plantiff's rights under the U.S. Constitution, its rights and laws of the state of Kansas.

n) order Defendants to pay plantiff Cost in this suit

o) Any additional relief this Court deems just, proper, and equitable.

Page 1 of 3

Case # 23-3239-JWL

Request for Relief: Continued:

Count 2: The illegal Ex post facto application of the sex offender Registration Act.

1) Find that managing me as a sex offender is a ex post facto violation of established Kansas Law, and order the KDOC + TCF to stop managing me as a sex offender immediately and my file expunged of all references to this management.

Count 3: The illegal Interpretation of K.A.R. 44-12-315(a) resulting in a illegal Disciplinary Report, pain & Suffering.

2) Find that 44-12-315(a) as written and interpreted, violates well established law, in that, every word in a law, rule, Regulation has meaning and the rule has to be interpreted on the basis of all the words in totality; you can not cherry pick one word like (lewd) and claim that's the laws meaning.

2.A Find that looking at the sentence in its totality the meaning is: "no inmate shall take part in (engage) in a sexually uncharted (lewd) or lewd, lustful (Lascivious) manner in any Act of Kissing, foundling, Touching, or embracing, whether with a person of the same OR opposite sex."

order 44-12-315(a) Revoked and Replaced with the above Correct and legal interpretation of the law.

order plaintiffs DR expunged, and all other DR's that had No sexual componet to them as described above, in 2.A

Case # 23-3239-JWL

Request for Relief: Continued:

Issue #4; The Targeted Discrimination of petitioner and ms Brittny Adams #107534, by a small group of "hoter staff" that has lead to an Atypical and Significant hardship on the ms Adams and I in relation to ordinary incidents of Prison Life.

ms. adams and myself are suffering irreparable harm by the actions of a small but powerful group of "hoter staff" here at TCF, and the only way to stop this is for this Honorable Court to order the Acting warden, and Classification Administrator to Grant ms Adams and my Lambs request to be Roommates, and order the TCF staff et al, to stop this Targeted Discrimination and treat ms Adams and ms Lamb the Same as all other Females at this Facility are treated. And/or initiate a court order preliminary Injunction to initiate the order for 90 days.

Any additional relief this Court deems Just, proper, and equitable, based on all the facts stated here, and in the original brief.

Michelle Renee Lamb
128322    Pod 4 ~106

12-04-23

Page 3 of 3