## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHELLE RENEE LAMB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. 23-3239** |
| | ) |
| **LAURA KELLY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

 David McCabe _____     _____
Printed name of party who waives service     Printed name of party who waives service

 Meghan Davis _____     _____
Printed name of party who waives service     Printed name of party who waives service

 Dalton Hartpence _____     _____
Printed name of party who waives service     Printed name of party who waives service

_____     _____
Printed name of party who waives service     Printed name of party who waives service

_____     _____
Printed name of party who waives service     Printed name of party who waives service

_____     _____
Printed name of party who waives service     Printed name of party who waives service

_____     _____
Printed name of party who waives service     Printed name of party who waives service

1

**Non-KDOC Defendants**

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

**Concluding Remarks**

Pursuant to the Prison Litigation Reform Act, the Memorandum of Understanding for E-Service, and the Court's order on December 12, 2023 (Doc. 14), the Martinez Report shall be due sixty (60) days from the date of this waiver and upon the filing of that report, the Court will screen Plaintiff's Complaint and will enter an order setting an answer deadline if the Complaint survives screening.

January 11, 2024                                    s/Matthew L. Shoger
_____                _____
Date                                                        Assistant Attorney General