United States District Court
For The District of Kansas, Topeka

Michelle Renee Lamb
Petitioner Pro se
            v.                    Case no. 23-3239-JWL
LAURA KELLY, et al,
Defendants,

        MOTION To Correct Docket Test
        Document #27

On 4/24/2024 This Honorable Court Docketed
Petitioner's Martinez Report, Second & Third
Affidavits, and Exhibits M1, M2, M3, and M4,
        But The Court Failed To Docket
The following:
    Exhibits, DR2, DR3, DR4, and DR5
    as well as,
    Motion For An order compelling Defendants To
Produce For the Court The Amy Swann, Forensic
Psychologist Record.
            will you please see To it That these
items get Docketed. Thank you,

        Michelle Renee Lamb
        Petitioner Pro Se
        4-26-24