IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MICHELLE RENEE LAMB,**

    **Plaintiff,**

    v.                                          **CASE NO. 23-3239-JWL**

**LAURA KELLY, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983, which comes before the Court on Plaintiff's motion to correct the docket text for document number 27. (Doc. 28.) Plaintiff explains in her motion that it appears that the Court has failed to docket Exhibits DR2, DR3, DR4, and DR5 to her response to the *Martinez* Report, as well as her "motion for an order compelling Defendants to produce for the Court the Amy Swann, Forensic Psychologist Report." *Id.*

The motion to correct the docket text will be granted. It appears that Exhibits DR2, DR3, DR4, and DR5 were inadvertently filed as part of Exhibit M4; the Court will direct the clerk to file the exhibits separately. The Court has carefully reviewed the documents received from Plaintiff on April 24, 2024, and has not found a motion for an order compelling Defendants to produce for the Court a report by Amy Swann, Forensic Psychologist, although a request for such an order is included on page 6 of Plaintiff's response to the *Martinez* Report. Thus, the Court has no motion to compel to docket in this matter.

**IT IS THEREFORE ORDERED BY THE COURT** that the motion to correct docket text (Doc. 28) is **granted.** The Clerk is directed to file Exhibits DR2, DR3, DR4, and DR5 to

Plaintiff's Response to the *Martinez* Report and correct the text of docket entry 27 to reflect those exhibits. To the extent that Plaintiff asks the Court to docket a motion to compel Defendants to produce a report by forensic psychologist Amy Swann, the Court has not received from Plaintiff a motion to compel this report.

**IT IS SO ORDERED.**

**Dated May 2, 2024, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
