IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHELLE RENEE LAMB, #128322** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 23-CV-3239-JWL** |
| **v.** ) | |
| ) | |
| **LAURA KELLY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

# MOTION TO FILE UNDER SEAL INTERESTED PARTY KDOC'S RESPONSE TO ORDER

Comes now, Natasha M. Carter, directed to respond to the Order (Doc. 32), filed June 7, 2024, in the above-captioned matter and respectfully moves the Court pursuant to local rule 5.4.2 for permission to file this Motion under seal.

In Support of this Motion, Counsel states as follows:

1. Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal in the Electronic Filing System.

2. The Kansas Department of Corrections seeks to file its Response to Order under seal.

3. The content of Interested Party KDOC's Response to Order contains discussion of multiple forensic evaluations of plaintiff.

4. Allowing the public access to the protected health information in the Motion may create safety and security risks for the Plaintiff.

The Court is respectfully requested to allow Legal Counsel to file Interested Party KDOC's Response to Order under seal.

*s/ Natasha M. Carter*
Natasha M. Carter, KS No. 26074
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: Natasha.Carter@ks.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Michelle Renee Lamb #128322
Topeka Correctional Facility
815 SE Rice Road
Topeka, KS 66607
Plaintiff *Pro Se*

*s/ Natasha M. Carter*
Natasha M. Carter