In The United States District Court
For The District of Kansas, Topeka

Michelle Renee Lamb
Petitioner Pro se,
    v.        Case # 5:23-CV-03239-JWL
Laura Kelly
Defendants et al.,

## Motion For Permission to Start Discovery

Petitioner pro se, Michelle Renee Lamb, hereby request this Honorable Court Grant her permission to start the Discovery process, including but not limited to, admissions, interrogatories, depositions, and production of Documents.

    The need for this order is enormous, and necessary to allow me to provide this Honorable Court with evidence of the Defendants numerous lies, and their unsubstantiated innuendos contrary to the facts.

1. The Amy Suarez, Forensic Report make it clear that in the Defendants Martinez Report their claim that I'm a "potential risk to the resident population" Id at p 3, was a lie, and it would stand to reason that their claim that I'm "as predatory towards another resident and manipulative towards security staff" are unsubstantiated innuendos contrary to the facts. Id at p. 5.

The Defendants Biggest lie is,

"To ensure Plaintiff would not be in restrictive housing longer than necessary, a step-down approach was implemented to work towards integrating Plaintiff into general population." Id at Martinez Report, page 4.

The fact that I've now been on this restrictive housing for 18 months, forced to wear Segregation Brown and be escorted by two officers everywhere I go exposes this as a lie, along with the Amy Swan Report, but it will require multiple Discoveries to uncover the full truth.

In the interest of Justice, and The Federal Rules of Civil Procedure, 26-37, Petitioner request this Honorable Court issue an order granting me permission to start the Discovery process.

Sincerely Submitted,

Michelle Pencel Powell
Petitioner pro se
# 0128322
Topeka Correctional Facility
815 SE Rice Rd
Topeka, Ks 66607

Dated: July 1, 2024

Certificate of Service

I, Michelle Renee Lants, hereby certify that a true and correct copy of the petitioner's "Motion For Permission To Start Discovery" was sent by Electronic Filing To:

Clerk of the Court, United States District Court For the District of Kansas, Topeka, 444 SE Quincy St., Topeka, KS 66683
Dated: July 1, 2024

and To,

The Defendants et al., by U.S. Pre Paid Postage To their Attorney, Natasha M. Carter, KDOC, 714 SW Jackson St., Suite 300, Topeka, KS. 66603    Dated: July 1, 2024

Michelle Renee Lants
178322 4 Pod -106
Topeka Corr. Facility
815 SE Rice Rd
Topeka, KS 66607