In The United States District Court
For The District of Kansas, Topeka

Michelle Renee Lans
Petitioner Pro Se.,
                                    Case # 5:23-CV-03239-JWL
         v.
Laura Kelly
Defendants et al.,

## Motion to Unseal Dr. Amy Swan's Forensic Report

Petitioner, Michelle Renee Lans, hereby request this Honorable Court order the Dr. Swan, Forensic Report be unsealed for the single purpose of providing Petitioner with a true, complete, and un-redacted copy of the report.

1. The request was made in bad faith and under false pretense to hide the evidence the report exposes and to deprive Petitioner of access to the evidence.
   a) "Dr Swan's Report, Dated 12/30/22 was submitted promptly and directly to KDOC via the KDOC-Centurion liaison, Jerry Jorgerson", and was not placed under seal, thus, available for view by anyone with access to the KDOC Computer System. See, Petitioner's Exhibit J1.
   b) Dr. Swan's report was made available to the TCF Administration in the summer of 2023 by Michelle Calvin, H.S.A, and was not under seal, thus, available to the view and

downloaded by any staff member. I have requested the exact date of that, but have not received the info as of this date. See, Petitioners Exhibit J2.

Under the Federal Rules of Civil Procedure and Federal Rule of Evidence I'm entitled to the same access as the Defendants to the Evidence in this case.

To be able to present this Honorable Court with evidence this report exposes regarding the Defendants lies and misinformation and provide "quotes" and "Id's" to that information.

For all the reasons stated herein, and in the interest of Justice, I Respectfully request this Honorable Court order the Defendants to provide me with a copy of Dr Suran's report, or order the Clerk of the Court to provide me with a copy.

Respectfully Submitted

Michelle Renee Lans
128322   4 Pod · 106
Topeka Correctional Facility
815 SE Rice Rd
Topeka, KS 66607

Dated: June 26, 24
NOTE: Exhibit J2 is now the original complete with the date April 2023.

## Certificate of Service

I, Michelle Renee Lans, hereby Certify that a true and correct copy of the petitioners' "Motion to unseal Dr. Amy Swan's Forensic Report" was sent by Electronic filing To:

Clerk of The Court, United States District Court for the District of Kansas, Topeka, 444 SE Quincy St., Topeka, KS 66683

Date: June 26, 24

and To:

The Defendants et al., by U.S. Pre paid Postage to their attorney, NATASHA M. Carter, KDOC, 714 SW Jackson St., Suite 300, Topeka, KS 66603

Michelle Renee Lans
128322  4 pod -106
Topeka Corr., Facility
815 SE Rice Rd
Topeka, KS 66607

Date: June 26, 24