Case # 5:23-cv-3239-JWL                                    Exhibit J1



Ms. Lamb,

I am writing to respond more fully to your Form 9, which we received on December 19, 2022.

In addition to Dr. Andrade's report referenced in your Form 9 dated 4/9/21, KDOC requested that Centurion facilitate two additional evaluations, which were completed. These evaluations, by Dr. Flesher, dated 10/22/22, and Dr. Swan, dated 12/30/22, were completed and submitted promptly and directly to KDOC via the KDOC-Centurion liaison, Jerry Jorgenson.

Centurion does not have the authority to determine the housing placements of individual residents. Such housing decisions are made exclusively by KDOC. Centurion is not aware of what, if any, decision has been made by KDOC regarding your housing placement after your upcoming surgery.

Regardless of KDOC's determination, Centurion is committed to continuing to provide you with proper healthcare following your surgery, wherever you are housed.

Sincerely,

J.Weippert, Ph.D., LP

Statewide Behavioral Health Director – Centurion of Kansas

Case # 5:23-cv-03239-JWL                                Exhibit J2

INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____
      (Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature          To be retained by inmate

Form 9
For Cellhouse Transfer
Work Assignment _____                _Lamb_____
Interview Requests                                            Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

                                                        128322
                                                        Number
INMATE REQUEST TO STAFF MEMBER

To: _Michelle Calvin H.S.A_____   Date: _June 17, 2024_
     (Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I need the Date you made the Dr. Swan, Forensic Report available to the Administration Staff here at TCF. Thank you

Work Assignment: _4 Pod Orderly_    Living Unit Assignment: _4 pod - 106_
Comment: _____    Detail or C.H. Officer: _CO2 [signature]_

Disposition:

                                                        JUN 18 2024

To: _Lamb 128322_____          Date: _6.19.24_
      (Name & Number)

Disposition: _The ROI was signed in April 9 2023. The records are sent by another department if approved. mc_

_Michelle Calvin HSA_____
      Employee's Signature                              To be returned to inmate.
P-0009