# FOURTH AFFIDAVIT of Michelle Renee Lamb IN SUPPORT OF EMERGENCY ADDENDUM

Pursuant to 28 U.S.C., Section 1746, I, Michelle Renee Lamb, state under OATH AS Follows:

1. I am over 18 years of age, suffer from no impairment, and legally competent to make this Declaration, and to testify in court should that be necessary.

2. My legal name is, Michelle Renee Lamb, I am a Female (Transgender) Inmate, #128322, In The Topeka Correctional Facility, Topeka, Kansas.

3. There is no hearsay information in this Affidavit.

4. On August 13, 24, The Mental Health Director, put me on Crisis level 1, and Suicide watch.
   a) I was strip searched, and my Earrings and Cross were taken from me.
   b) My cell was stripped of all property: Even my Toilet paper was removed.
   c) I was placed back in my cell with nothing but my Brown shirt and pants.
   d) I was checked on by an officer ever 15 minutes.
   e) On August 14, 24, I was released (after 28 Hours) from Crisis and Suicide watch by Dr. Nelson, The Facility psychiatrist, after she determined, on my word

Page 1 of 4

that I would not kill myself or hurt myself, but I'm checked on by Mental Health every day.

5. The Mental Health Director told me the reason they took my property was so that I would not have anything to hurt myself with, and she was worried about me hurting myself.

6. The mental Health Director (MHD) told me that while she was worried I could hurt myself she was more worried that I would kill myself.
 a) She reminded me of a conversation we had a little over a month ago when I told her for the first time in my life I had thought about Suicide.
 b) I told her I'm so miserable in this 4 pod toxic environment that I'm crying every night, so hard my eyes hurt
 c) That the administration is treating me like I'm a monster and I've done nothing wrong, and all I want is to be one of the girls in general population.
 D) I feel like the administration is going to leave me down here till I die, and I have no one helping me.
 E) I told her if I don't get help soon I will die of a heart attack or stroke because my Depression on a scale of 1 to 10 is now a 15, and I have more frequent bouts of diarrhea and stress rashases due to my high levels of stress & anxiety.

4). She told me that she knew my depression, stress and anxiety were getting worse every month that I'm on OSR/RH, and she told me she would get with her Boss, Michelle Calvin, Behavioral Health Director, and try to do a mental health intervention to get me off some of these restrictions.

7. On August 13, 24 the M.H.D., told me that her and Ms Calvin, had tried to get the administration here at TCF to put me in General Population, or at least remove the oppressive restrictions from me, but hit a brick wall with the administration and was told by them that I was staying on OSR/HR, and they had no plans to change that.

   a) It was this news that prompted the M.H.D. to put me on crisis level 1, suicide watch.
   b) She was genuinely concerned that I would hurt or kill myself.

8. On August 21, I talked to M.H.D., Ms. Defendorf, she told me that she has told the administration (warden, etc.) that this environment in Pod 4 on OSR/RH is harmful to me and damaging my mental and physical health, and she said she has told them this over and over again, including just after my crisis after August 13th.

   a) She said that she could find no indication that I was in a step-down program, or any indication

Page 3 of 4

that there ever was a step-down program. See, star # 7.

I, Michelle Renee Lamb, Declare under penalty of perjury that the foregoing is True and Correct.

Michelle Renee Lamb
Petitioner pro se,

Executed on 23rd day of August 2024

_____ ;  Michelle Renee Lamb
Notary                      Michelle Renee Lamb
                            128322

My Commission Expires: 11/16/24

LINDA HULL-VIERA
Notary Public - State of Kansas
My Appt. Expires  11/16/24

Page 4 of 4

## Certificate of Service

I, Michelle Renee Lamb, hereby certify that a true and correct copy of my "Fourth Affidavit of Michelle Renee Lamb, In Support of Emergency Addendum" was sent by electronic filing to:

Clerk of the Court, United States District Court For The District of Kansas, Topeka, 444 SE Quincy St., Topeka KS. 66603          Dated: 8-26-24

and To:

The Defendants et al, by U.S. prepaid postage to their attorney, Natasha M. Carter, KDOC, 714 SW Jackson St., Suite 300, Topeka, KS 66603     Dated: 8-26-24

Michelle Renee Lamb
128322
Petitioner pro se
Topeka Corr. Facility
815 SE Rice Rd
Topeka, KS 66607

Page 1 of 1