7,9th Affidavit of Michelle Renee Lams
In Support of Emergency Addendum

Pursuant to 28 U.S.C. Section 1746, I Michelle Renee Lams, state under Oath as follows:

1. I am over 18 years of age, suffer from no impairment, and legally competent to make this Declaration, and to Testify in Court should that be necessary.

2. My legal name is, Michelle Renee Lams, I am a Female (Transgender) inmate, #128322, in The Topeka Correctional Facility, Topeka, Kansas.

3. There is no hearsay information in this Affidavit.

4. This affidavit is being given with the full knowledge and consent of Dr. Nelson, psychiatrist, Topeka Correctional Facility (TCF).

5. I, Michelle Renee Lams, met with Dr. Nelson, in her office at TCF, on August 28, 24, as part of my crisis and suicide protocol.

6. Dr. Nelson, told me she has no idea why I'm on OSR (Other Security Risk) / RH (Restrictive Housing) or why I'm not in General Population.

7. Dr. Nelson, stated that in her opinion I'm not a risk or danger to anyone here at TCF, including, both the Female Residents and staff.

8. Dr. Nelson told me she would inform the warden Ms Dona Hook of these facts

I, Michelle Renee Lamb, Declair under penalty of perjury that the foregoing is true and correct.

Michelle Renee Lamb
Petitioner Pro Se.,

Executed on 28 day of August 2024

Michelle Renee Lamb
Petitioner Pro Se
 #128322
Topeka Correctional Facility
815 SE Rice Rd
Topeka, KS 66607

Case #5:23-CV-03239-JWL

Verification
DOB ▮▮▮▮-41
SS# ▮▮▮▮-1383
Legal name: Michelle Renee Lamb
Legal address: Topeka Correctional Facility
    815 SE Rice Rd
    Topeka, KS 66607
Prison Id: 128322

## Certificate of Service

I, Michelle Renee Lamb, hereby certify that a true and correct copy of my "Fifth Affidavit of Michelle Renee Lamb, In Support of Emergency Addendum" was sent by electronic filing to:

Clerk of the Court, United States District Court For the District of Kansas, Topeka, 444 Quincy St., Topeka, Kansas 66603                  Dated: 8-30-24

and To,

The Defendants et al, by U.S. prepaid postage to their attorney, Natasha M. Carter, KDOC, 714 SW Jackson St., Suite 300, Topeka, KS 66603          Dated 8-30-24

Michelle Renee Lamb
128322
Petitioner pro se.,
Topeka Correctional Facility
815 SE Rice Rd
Topeka, KS 66607

Page 1 of 1