In The United States District Court
For The District of Kansas, Topeka

Michelle Renee Lamb
Petitioner pro se
   v.               Case # 5:23-CV-03239-JWL
Laura Kelly
Defendants, et al.,

## Notice of Appeal

Notice is hereby given that I, Michelle Renee Lamb, Petitioner pro se, in the above-named case, hereby appeal to the United States Court of Appeals for the 10th. Circuit from the final Judgment in this action on the 16 Day of September, 2024.

Dated: 9-30-24

Michelle Renee Lamb
Petitioner pro se
#128322 4 pod-109
Topeka Correctional Facility
815 SE Rice Rd
Topeka, KS 66607

## Certificate of Service

I, Michelle Renee Lans, hereby certify that a true and correct copy of the petitioner's "Notice of Appeal" was sent by electronic filing to:

Clerk of the Court, United States District Court for the District of Kansas, Topeka, 444 Quincy St., Topeka, KS 66603     Dated 9-30-24

and to

the Defendants, et al.; by U.S. prepaid postage to their attorney, Notasha M. Carter, KDOC, 715 Jackson St. Suite 300, Topeka, KS 66603     Dated 9-30-24


Michelle Renee Lans
Petitioner pro se
#128722   4 ped-10♀
Topeka Correctional Facility
815 SE Rice Rd
Topeka, KS 66607

Page 1 of 1